Kane Moon (SBN 249834)
Allen Feghali (SBN 301080)
Enzo Nabiev (SBN 332118)
**MOON & YANG, APC**
1055 W. Seventh St., Suite 1880
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125
E-mail: kane.moon@moonyanglaw.com
E-mail: allen.feghali@moonyanglaw.com
E-mail: enzo.nabiev@moonyanglaw.com
*Attorneys for Plaintiff Precious Marie Stewart*

MORGAN, LEWIS & BOCKIUS LLP
Melinda S. Riechert, Bar No. 65504
melinda.riechert@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000
Fax:    +1.650.843.4001

Sarah Zenewicz, Bar No. 258068
sarah.zenewicz@morganlewis.com
Jason P. Brown, Bar No. 266472
jason.brown@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105
Tel:    +1.415. 442.1000
Fax.    +1.415.442.1001
*Attorneys for Defendant*
*YOH SERVICES LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRECIOUS MARIE STEWART, individually, and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     vs.<br><br>YOH SERVICES, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>     Defendants | Case No.: 21-cv-03767-VC<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

1

JOINT STIPULATION AND ORDER FOR LEAVE FO FILE FIRST AMENDED
COMPLAINT

1    Plaintiff Precious Marie Stewart ("Plaintiff") and Defendant Yoh Services LLC
2  ("Defendant"), by and through their respective counsel of record, hereby enter into the
3  stipulation below with reference to the following facts:

4    WHEREAS, on April 16, 2021, Plaintiff filed a class action complaint in this action
5  against Defendant in San Francisco Superior Court alleging violations of California law for:
6  (1) failure to pay minimum and straight time wages; (2) failure to pay overtime wages; (3)
7  failure to provide meal periods, (4) failure to authorize and permit rest periods, (5) failure to
8  timely pay final wages at termination, (6) failure to provide accurate itemized wage
9  statements, and (7) unfair business practices;

10    WHEREAS, on May 18, 2021, Defendant filed an answer in San Francisco Superior
11  Court;

12    WHEREAS, on May 19, 2021, Defendant filed a notice of removal in the United States
13  District Court, Northern District of California;

14    WHEREAS, Plaintiff seeks to file a First Amended Complaint adding an additional
15  cause of action for civil penalties under California's Private Attorneys General Act of 2004
16  ("PAGA"), adding Curative Inc. as a Defendant, and revising the class definition;

17    WHEREAS, during the July 14, 2021 Case Management Conference, the Court ordered
18  Plaintiff to file the amended complaint by July 28, 2021;

19    WHEREAS, the Parties have conferred, and agreed that, subject to Court approval
20  Plaintiff should be permitted to file the First Amended Complaint;

21    THEREFORE, Plaintiff and Defendant, by and through their undersigned counsel of
22  record, hereby stipulate and agree and respectfully request that the Court enter an order as
23  follows:

24    1. That the First Amended Complaint attached hereto as Exhibit A shall be deemed to
25  be filed as of the date the Court approves this Stipulation.

26    2. That Defendant shall file an answer to the First Amended Complaint within 30 days
27  of its filing.

28

2

JOINT STIPULATION AND ORDER FOR LEAVE FO FILE FIRST AMENDED
COMPLAINT

1    3. Defendant makes no admissions and should not be deemed to make any admissions

2  as a result of this Stipulation.

3

4  Dated: July 16, 2021                    Respectfully submitted,

5                                          MOON & YANG, APC

6

7                                  By: /s/ Allen Feghali
                                        Kane Moon
8                                        Allen Feghali
                                        Enzo Nabiev

9                                        Attorneys for Plaintiff Precious Marie Stewart

10

11 Dated: July 16, 2021                    MORGAN, LEWIS & BOCKIUS LLP

12

13                                 By: /s/ Sarah Zenewicz
                                        Melinda S. Reichert
14                                        Sarah Zenewicz
                                        Jason P. Brown
15
                                        Attorneys for Defendant Yoh Services LLC
16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ORDER FOR LEAVE FO FILE FIRST AMENDED
COMPLAINT
DB2/ 41227964.2

1

2
## [PROPOSED] ORDER

3
  The Court having considered the Parties' Joint Stipulation and Order for Leave to File

4
a First Amended Complaint, and good cause appearing, IT IS HEREBY ORDERED AS

5
FOLLOWS:

6
  1. The First Amended Complaint attached hereto as Exhibit A shall be deemed to be

7
filed as of the date the Court approves this Stipulation, and

8
  2. That Defendant's Answer to the First Amended Complaint shall be due within 30

9
days of the filing of the First Amended Complaint.

10

11
  **IT IS SO ORDERED.**

12

13
DATE:             _____

Vince Chhabria

14
Judge of the United States District Court,
Northern District of California

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4
JOINT STIPULATION AND ORDER FOR LEAVE FO FILE FIRST AMENDED
COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

PROOF OF SERVICE